*Messrs. E. T. Clark* and *O. F. Goddard,* for Appellant.

*Mr. Thad. S. Smith,* for Respondent.

---

No. 3,299.—ELENOR RYAN, RESPONDENT, *v.* NORTHERN PACIFIC RY. CO., APPELLANT.

*Appeal from District Court, Park County; J. Miller Smith, a Judge of the First Judicial District, presiding.*

Decided September 20, 1913.

PER CURIAM.—Upon motion of counsel for appellant herein, it is ordered that the appeal in this cause be and the same is hereby dismissed.

*Messrs. Gunn & Rasch,* for Appellant.

---

No. 3,387.—J. T. WILLIAMS, APPELLANT, *v.* J. C. ORRICK, RESPONDENT.

*Appeal from District Court, Yellowstone County; Geo. W. Pierson, Judge.*

Decided November 10, 1913.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed without prejudice, in accordance with motion of appellant on file herein.

*Mr. Thomas C. Marshall,* for Appellant.